**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**SHELI BITTNER** on behalf of herself
and all others similarly situated,                              **Case No.:** 3:20-cv-00522-JAM

    **Plaintiff,**

    vs.

**FRANCHISEE WORLD HEADQUARTERS, LLC**
**DOCTOR'S ASSOCIATES LLC;** and **SUBWAY**
**FRANCHISEE ADVERTISING FUND TRUST**, **LTD**
inclusive, and each of them,

    **Defendants**                                          MAY 12, 2021

**MOTION FOR ADMISSION**

    Pursuant to Local Rule 83.1(d) the undersigned counsel, as a member of the Bar of this Court, moves that Arun G. Ravindran be permitted to represent Plaintiffs in this action as a visiting lawyer.  This motion is being filed on consent from opposing counsel.  In support of this motion, the undersigned sponsoring lawyer represents as follows:

    1.    Mr. Ravindran is an attorney in good standing with the bar of the State of Florida and the bar of the State of New York.  He is an attorney at the law firm Hedin Hall, LLP, located at 1395 Brickell Avenue, Suite 1140, Miami, Florida, 33131; Tel. (305) 203-4573; Fax (305) 300-8801; email: ARavindran@hedinhall.com

    2.    As the accompanying affidavit of Mr. Ravindran demonstrates, he is a member in good standing of the bars of the State of Florida, State Bar No. 66247 and the State of New York, State Bar No. 4603650.

    3.    He has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing and has never been denied admission by, been

disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this or any other court, while facing a disciplinary complaint.

      4.      He has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

      5.      He has also designated me as his agent for the service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

      6.      I have been admitted to this Court since 1995, have an office in Stamford, Connecticut and I have litigated complex cases in this Court.  I will be the member of the bar of this Court upon whom service of all papers shall be made and, as noted above, will act as Mr. Ravindran's agent for service of process.

      7.      The granting of this motion will not require modification of a scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

      8.      A payment of $200.00 to the Clerk of this Court is submitted to admit Mr. Ravindran *pro hac vice*.

      9.      This motion is accompanied by an Affidavit, duly sworn and executed by the proposed visiting attorney.

      WHEREFORE, undersigned counsel moves that the Court grant this motion and allow Arun G. Ravindran to appear as counsel of record in the instant matter.

THE PLAINTIFFS
By */s/ Brenden P. Leydon*
Brenden P. Leydon, Esq. (CT 16026)
*bleydon@woclleydon.com*
**WOCL LEYDON LLC**
80 Fourth Street
Stamford, Connecticut 06905
Phone: (203) 333-3339
Fax: (203) 324-1407

*Pro Hac Vice Pending:*

Arun G. Ravindran
ARavindran@hedinhall.com
**HEDIN HALL, LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33130
Phone: (305) 203-4573
Fax: (866) 633-0228

## CERTIFICATION OF SERVICE

      I hereby certify that on this 12th day of May, 2021, a copy of the foregoing Motion for Admission was filed electronically with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Brenden P. Leydon*
Brenden P. Leydon, Esq.