UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHELI BITTNER**, individually and on behalf of herself and all others similarly situated,<br><br>　　**Plaintiff,**<br><br>　　vs.<br><br>**SUBWAY FRANCHISEE ADVERTISING FUND TRUST LTD; FRANCHISE WORLD HEADQUARTERS, LLC, and DOCTOR'S ASSOCIATES LLC**,<br><br>　　**Defendants.** | Case No.: 3:20-cv-00522-JAM |

## STIPULATION OF DISMISSAL

Pursuant to Local Rule 41(b) and Federal Rule of Civil Procedure 41(a), Plaintiff Shelli Bittner, individually, and Defendants Subway Franchise Advertising Trust Fund LTD, Franchise World Headquarters, LLC and Doctor's Associates LLC (collectively "the Parties") hereby stipulate to the dismissal on an individual basis of all pending claims between the Parties with prejudice, with each side to bear its own costs and fees, subject to the right to reopen the case if needed within 30 days as provided by Local Rule 41(b).

Dated: October 12, 2021                                Respectfully Submitted,

/s/ Arun Ravindran                                        /s/ Brian Feeney
Arun Ravindran, Esq (*pro hac vice*)          Brian T. Feeney (CT# 30790)
ARavindran@hedinhall.com                      **GREENBERG TRAURIG, LLP**
**HEDIN HALL LLP**                                     1717 Arch Street, Suite 400
1395 Brickell Avenue, Suite 1140              Philadelphia, PA 19103
Miami, Florida 33131                                 Tel: 215.988.7812
Phone: (305) 203-4573
Fax: (305) 200-8001

*Counsel for Plaintiff*

Fax: 215.988.7801
Email: feeneyb@gtlaw.com

*Attorneys for Defendants*